```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
JAMIE HANSEN
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700



Attorney for Defendant
ILDEFONSO A. JIMENEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 10-360 DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO VACATE |
| v. | ) | AND CONTINUE TRIAL |
| | ) | |
| ILDEFONSO A. JIMENEZ, | ) | |
| | ) | Date:  February 16, 2011 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Dale A. Drozd |
| _____ | ) | |

    The United States of America, by and through its counsel Jill Thomas, Assistant United States Attorney, together with defendant, Ildefonso A. Jimenez, by and through his counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the Court Trial set for

/ / /

/ / /

/ / /

February 16, 2011 at 9:00 a.m., and continue the proceedings to March 30, 2011 at 9:00 a.m.

Dated: February 4, 2011      Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
Ildefonso Jimenez

Dated: February 4, 2011      BENJAMIN B. WAGNER
United States Attorney

/s/ David Stevens
David Stevens
Special Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

DATED: February 4, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1
jiminez0360.stipord

Stipulation and [Proposed] Order  -2-