

FILED

MAR 29 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
3   Designated Counsel for Service
    JAMIE HANSEN
4   Certified Student Attorney
    801 I Street, 3rd Floor
5   Sacramento, California 95814
    Telephone: (916) 498-5700
6

7   Attorney for Defendant
    ILDEFONSO JIMENEZ
8

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14   UNITED STATES OF AMERICA,      )  No. 2:10-mj-00360-DAD
                                    )
15               Plaintiff,         )
                                    )  STIPULATION AND [PROPOSED] ORDER
16       v.                         )  TO VACATE AND CONTINUE THE COURT
                                    )  TRIAL
17   ILDEFONSO JIMENEZ,             )
                                    )
18               Defendant.         )  Date:  March 30, 2011
                                    )  Time:  9:00 a.m.
19   _____)  Judge: Hon. DALE A. DROZD

20

21       The United States of America, by and through its counsel David

22   Stevens, Assistant United States Attorney, together with defendant,

23   Ildefonso Jimenez, by and through his counsel Linda Harter, Chief

24   Assistant Federal Defender, stipulate to vacate the Court Trial set for

25   March 30, 2011 at 9:00 a.m., and reset the Court Trial for September

26   28, 2011 at 9:00 a.m..

27       A six month continuance is requested because the parties are working

28   towards an agreement.  Mr. Jimenez agrees that the continuance will not

1  prejudice him and is necessary for the Defendant to secure the

2  documents needed for the proposed agreement.

3

4  Dated:  March 24, 2011          Respectfully submitted,

5
                                  DANIEL J. BRODERICK
6                                 Federal Defender

7

8                                 /s/ Linda C. Harter
                                  LINDA C. HARTER
9                                 Chief Assistant Federal Defender
                                  Attorney for Defendant
10                                ILDEFONSO JIMENEZ

11

12 Dated:  March 24, 2011          BENJAMIN B. WAGNER
                                  United States Attorney
13

14                                /s/ David Stevens
                                  DAVID STEVENS
15                                Assistant U.S. Attorney

16

17                    ORDER

18 IT IS SO ORDERED.

19 Dated: 3/29/11                  _____
20                                HON. DALE A. DROZD
                                  United States Magistrate Judge
21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order   -2-