**FILED**

SEP 2 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

VS.                                        CASE/CITATION NO. _2:10 m; 360 DAO_

Ildefonso Jimenez            **ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY            STATE            ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

X DATE: _9/28/2011_            X _Ildef~ A (signature)_
                                              DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(✓) Fine: $ _300_____ and a penalty assessment of $ _20_____ for a TOTAL AMOUNT OF: $ _320_ within _1 year_ ~~days/months~~ or payments of $ _25_ per month, commencing _10/14/11_ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

**CENTRAL VIOLATIONS BUREAU**
**PO BOX 70939**
**CHARLOTTE, NC 28272-0939**

**CLERK, USDC**
**2500 TULARE ST., RM. 1501**
**FRESNO, CA 93721-1322**

**CLERK, USDC**
**501 I STREET, STE. 4-200**
**SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: _9/28/11_            _____
                              **DALE A. DROZD**
                              U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                 EDCA-3