```
BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

**FILED**

SEP 21 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>ILDEFONSO JIMENEZ,<br><br>             Defendant. | 2:10-mj-00360-DAD **DAD**<br><br>[~~PROPOSED~~] ORDER EXTENDING DEFENDANT'S TERM OF COURT PROBATION<br><br>DATE:  September 25, 2012<br>TIME:  10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

It is hereby ordered that Defendant's term of court probation, scheduled to terminate on September 28, 2012, be extended for a period of six months.  It is further ordered that Defendant's extended term of court probation be set to terminate on March 28, 2013.

IT IS SO ORDERED.

Dated: September **21**, 2012

_/s/ Dale A. Drozd_
HON. DALE A. DROZD
United States Magistrate Judge